AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JOSEPH A. NOWAKOWSKI

V.

BANK OF AMERICA, N.A.

CASE NUMBER: 1:17-cv-06323

ASSIGNED JUDGE: Hon. John J. Tharp, Jr.

DESIGNATED MAGISTRATE JUDGE: Hon. M. David Weisman

TO: (Name and address of Defendant)

Bank of America, N.A.
100 North Tryon Street
Charlotte, NC 28202

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph S. Davidson
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_Cheiz Chambers_
(By) DEPUTY CLERK



September 5, 2017

DATE

# AFFIDAVIT OF SERVICE

| Case: 1:17-cv-06323 | Court: U.S. District | County/State: Northern, IL | Job: Nowakowski vs BOA |
|---|---|---|---|
| Plaintiff / Petitioner: Joseph A. Nowakowski | | Defendant / Respondent: Bank of Ameirca, N.A. | |
| Received by: Reynolds Professional Service, Inc | | For: R.O.S. Consulting, Inc. | |
| To be served upon: Bank of America, N.A. | | | |

I, Wendy L. Henrich, certify that I'm over the age of 21 and a resident of NC and not a party to the action and who is not related by blood or marriage to a party to the action or to a person upon whom service is to be made.

Recipient Name / Address: Adam Williams, 100 North Tryon Street Suite 170, Charlotte, NC 28202

Manner of Service: Authorized, Sep 12, 2017, 2:41 pm EDT

Documents: Summons in a Civil Case, Notice of Mandatory Initial Discovery, Complaint, Standing Order Regarding Mandatory Initial Discovery Pilot Project

Additional Comments:
1) Successful Attempt: Sep 12, 2017, 2:41 pm EDT at 100 North Tryon Street Suite 170, Charlotte, NC 28202 received by Adam Williams. Age: 36; Ethnicity: Caucasian; Gender: Male; Weight: 230; Height: 6'2"; Hair: Black; Relationship: Banking Officer;

_____ 9/13/17
Wendy L. Henrich        Date
n/a

Reynolds Professional Service, Inc
PO Box 18585
Charlotte, NC 28218-0585

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

9/13/17     Mar. 31, 2021
Date        Commission Expires

RUTH REYNOLDS
NOTARY PUBLIC
Mecklenburg County
North Carolina
My Commission Expires March 31, 2021